IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **ERVIN K. SPURIEL,** | : | |
| *Petitioner,* | : | **CIVIL ACTION** |
| | : | |
| **v.** | : | |
| | : | |
| **JASEN BOHINSKI, et al.,** | : | **NO. 21-CV-1915** |
| *Respondents.* | : | |

## ORDER

**AND NOW**, this **26th** day of **June 2026**, upon review of the docket and consideration of the *pro se* Petition for Writ of *Habeas Corpus* (ECF No. 2) and the amendments thereto (ECF Nos. 15, 28), Petitioner's Motion to Amend Petition (ECF No. 51), the Report and Recommendation filed by United States Magistrate Judge Lynne A. Sitarski (ECF No. 76), Petitioner's Objections to Magistrate Judge Sitarski's Report and Recommendation (ECF No. 80), and Petitioner's *pro se* Motion to File Amended Objections to Magistrate Judge Sitarski's Report and Recommendation (ECF No. 81), and after a thorough and independent review of the record, for the reasons stated in the accompanying memorandum, it is hereby **ORDERED** that:

1. Petitioner's Objections to Magistrate Judge Sitarski's Report and Recommendation (ECF No. 80) are **OVERRULED**.

2. Petitioner's *pro se* Motion to File Amended Objections to Magistrate Judge Sitarski's Report and Recommendation (ECF No. 81) is **DENIED**.

3. The Report and Recommendation of Magistrate Judge Sitarski (ECF No. 76) is **APPROVED** and **ADOPTED**.

4. The Petition for Writ of *Habeas Corpus* (ECF No. 2), including the amendments thereto (ECF Nos. 15, 28), is **DENIED** with prejudice.

5.  Petitioner's Motion to Amend Petition and Request for Appointment of Counsel (ECF No. 51) is **DENIED as moot**.

6.  Petitioner's Motion for Discovery (ECF No. 69) is **DENIED as moot**.

7.  No certificate of appealability will issue because Petitioner has not made a substantial showing of the denial of a constitutional right under 28 U.S.C. § 2253(c)(2).

8.  The Clerk of the Court is **DIRECTED** to **CLOSE** the above-captioned matter.

**BY THE COURT:**

**/s/ Chad F. Kenney**

_____

**CHAD F. KENNEY, JUDGE**